IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RICHARD HOLLINGSWORTH,        )
#276 260                      )
    Plaintiff,           )
                              )
v.                            )   CASE NO.  2:12-cv-503-TMH
                              )   [wo]
WARDEN BARRETT, *et al.*,     )
                              )
    Defendants.          )

**OPINION and ORDER**

On November 21, 2012, the Magistrate Judge filed a Recommendation in this case

dismissing the case without prejudice.  (Doc. 23).  No timely objections have been filed.

Upon an independent review of the file in this case and upon consideration of the

Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge

be and is hereby ADOPTED, and that this case be and is hereby DISMISSED without

prejudice.

DONE this 31st day of January, 2013.

    /s/   Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE