IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD HOLLINGSWORTH, ) <br> #276 260 ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WARDEN BARRETT, *et al.*, ) <br> ) <br>    Defendants. ) | CASE NO.  2:12-cv-503-TMH <br> [wo] |

**OPINION and ORDER**

On November 21, 2012, the Magistrate Judge filed a Recommendation in this case dismissing the case without prejudice.  (Doc. 23).  No timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED without prejudice.

DONE this 31st day of January, 2013.

      /s/   Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE